ISIDORE FOREMAN, Appellant, v. MYRON FOREMAN, an Infant, by JAMES J. CONROY, Special Guardian, Respondent.— Judgment affirmed, with costs. No opinion. Rich, Young and Carswell, JJ., concur; Lazansky, P. J., and Seeger, J., dissent upon the ground that the rule in *Woolley* v. *Stewart* (222 N. Y. 347) and *Burns* v. *McCormick* (233 id. 230) is not applicable in a case where the agreement is between husband and wife.

HARTFORD ACCIDENT AND INDEMNITY COMPANY, Respondent, v. GEORGE D. STRONGMAN, Appellant. " JOHN " BENNETT, etc., Defendant.— Order denying, upon condition, motion to dismiss complaint as against defendant Strongman, affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Rich, Hagarty, Seeger and Carswell, JJ., concur.

In the Matter of the Judicial Settlement of the Intermediate Account of PATRICK E. CALLAHAN, as Committee of the Person and Property of HAWLEY CHAPMAN, an Incompetent Person.— Order directing the filing of intermediate account, in so far as appealed from, affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Rich, Kapper, Seeger and Carswell, JJ., concur.

In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN J. KUNZEMAN, Appellant, for a Peremptory Mandamus Order against THE BOARD OF ESTIMATE AND APPORTIONMENT OF THE CITY OF NEW YORK and JAMES J. WALKER and Others, Constituting the Board of Estimate and Apportionment of the City of New York, Respondents.— Order denying motion for a peremptory mandamus order unanimously affirmed, with ten dollars costs and disbursements. No opinion. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

In the Matter of the Application of JOHN O. NELSON, Appellant, for an Order of this Court, Directing THE BOARD OF ELECTIONS OF THE CITY OF NEW YORK, Respondent, to Receive and File His Petition for Nomination as a Candidate at the General Election for the Office of Alderman in the Thirty-ninth Aldermanic District of the County of Kings.— Order denying petitioner's motion for a mandamus order affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ., concur.